STATE OF NEW JERSEY v. JAMES FORNINO.

May 10, 1988.

Petition for certification denied.   (See 223 *N.J.Super.* 531)

STATE OF NEW JERSEY v. DORIS ASBELL.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MANFRED EICHMANN.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEE ROYAL FISHER.

May 10, 1988.

Petition for certification dismissed as moot.

STATE OF NEW JERSEY v. BRIAN RIVERS.

May 10, 1988.

Petition for certification denied.